### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JAMES P. FLEMING and ELIZABETH FLEMING, | : |
| | : |
| | :     CIVIL ACTION |
| Plaintiffs, | : |
| v. | :     No. 08-5589 |
| | : |
| HOME DEPOT U.S.A., INC., | : |
| | : |
| Defendant and | : |
| Third-Party Plaintiff, | : |
| v. | : |
| | : |
| KRAUSE-WERK GmbH & CO. KG, | : |
| | : |
| Third-Party Defendant. | : |
| | : |

## O R D E R

   **AND NOW**, this 21st day of October, 2009, upon consideration of the Motion to Dismiss

Pursuant to Federal Rule of Civil Procedure 12(b)(2) filed by Third-Party Defendant Krause-

Werk GmbH & Co. KG (Doc. No. 11), and the Response and Reply thereto, it is hereby

**ORDERED** that the Motion is **GRANTED**.  The Third-Party Complaint against Krause-Werk

GmbH & Co. KG, filed by Home Depot U.S.A., Inc. (Doc. No. 5), is **DISMISSED**.


BY  THE  COURT:


/s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE